JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   E-Mail: owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 08-0238 MHP |
|     Plaintiff, ) | |
| ) | **[PROPOSED] DETENTION ORDER** |
|   v. ) | |
| SHI GUANG GUAN, ) | |
|     Defendant. ) | |

     This case came before the Honorable Joseph C. Spero on June 5, 2009 on the government's motion for a detention hearing.  The defendant was represented by defense counsel Peter Goodman.  The United States was represented by Assistant United States Attorney Owen Martikan.  After hearing the parties' proffers and arguments and reviewing their papers, the Court found by a preponderance of the evidence that no condition or combination of conditions could reasonably assure the appearance of the defendant as required.  *See* United States v. Motamedi, 767 F.2d 1403 (9th Cir. 1985)(addressing the burden of proof governing a finding of risk of flight).  The Court provided the following reasons for this finding:

**[PROP] DETENTION ORDER**
**Case No. CR 08-0238 MHP**

(1) The defendant fled from this District to Seattle, Washington in May, 2008 in order to avoid arrest on the warrant in this case, and has remained a fugitive for the last year;

(2) The defendant has had two bench warrants issued for failure to appear in state court; and

(3) Although the defendant has some family ties to this District, those ties are not sufficiently strong to outweigh the risk of flight given his previous fugitive status.

These findings of fact are submitted pursuant to 18 U.S.C. § 3142(i)(1) and 18 U.S.C. § 3142(e).

The Court further directed the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2).

The Court further directed that the defendant be afforded reasonable opportunity for private consultation with counsel. *See* 18 U.S.C. § 3142(i)(3).

The Court further directed that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the person is confined deliver the person to a United States marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: 6/9/9

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

[PROP] **DETENTION ORDER**
**Case No. CR 08-0238 MHP**                    2