JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0238 MHP |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|   v. ) | ORDER EXCLUDING TIME FROM JULY 27, 2009 THROUGH AUGUST 10, 2009 |
| SHI GUANG GUAN, ) | |
|    Defendant. ) | |

     On July 27, 2009, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from July 27, 2009, through August 10, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

//

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP

1 | defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

          JOSEPH P. RUSSONIELLO
          United States Attorney

DATED: August 10, 2009     /s/
          _____
          OWEN P. MARTIKAN
          Assistant United States Attorney

DATED: August 10, 2009     /s/
          _____
          PETER GOODMAN, ESQ.
          Attorney for Shi Guang Guan

  As the Court found on July 27, 2009, and for the reasons stated above, an exclusion of time from July 27, 2009, through August 10, 2009, is warranted due to delay resulting from the transfer of a case, and because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §3161 (h)(1)(G) and (h)(7)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 8/11/2009     _____
          HON. MARILYN H. PATEL
          United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel, United States District Court, Northern District of California*

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP    2