1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telephone: (4l5) 781-8866
   Facsimile:   (415) 781-2266
4
   Attorney for Defendant
5  SHI GUANG GUAN

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,           )   CR-08-0238 MHP
                                       )
12         Plaintiff,                  )   STIPULATED ORDER MODIFYING
                                       )   BRIEFING SCHEDULE FOR DEFENDANT
13    vs.                              )   GUAN'S MOTION TO DISMISS COUNT
                                       )   FIVE OF THE INDICTMENT
14 PETER HE, et al.,                   )
                                       )
15         Defendants.                 )
                                       )
16                                     )
                                       )
17 _____     )

18         Plaintiff UNITED STATES OF AMERICA, by and through its counsel in this

19 matter, Assistant United States Attorney ("AUSA") Owen P. Martikan, and defendant

20 SHI GUANG GUAN, by and through his counsel, Peter Goodman, hereby stipulate and

21 agree as follows:

22         1.      On October 5, 2009, this Court set a briefing schedule and hearing date

23 for defendant GUAN's intended Motion to Dismiss Count Five of the Indictment.  The

24 briefing schedule specifies that defendant GUAN file his motion on October 19, 2009,

25 the government file its opposition on October 26, 2009, and any reply brief be filed on

26 November 2, 2009.  A hearing on the motion is scheduled to occur on November 9,

27 2009, at 11:00 a.m.

28 ///

                                      -1-

2. Counsel for defendant LOPEZ has requested and the government has stipulated and agreed to a modification of the briefing schedule only which would provide that defendant GUAN will file his motion on October 22, 2009, the government will file its opposition on October 29, 2009, and any reply brief will be filed on November 3, 2009. The hearing date on the motion will remain November 9, 2009, at 11:00 a.m.

SO STIPULATED

DATED: October 16, 2009

_____/s/_____
PETER GOODMAN
Attorney for Defendant
SHI GUANG GUAN

SO STIPULATED

DATED: October 16, 2009

_____/s/_____
OWEN P. MARTIKAN
Assistant United States Attorney

ORDER MODIFYING BRIEFING SCHEDULE

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule for defendant GUAN's intended Motion to Dismiss Count Five of the Indictment set by this Court on October 5, 2009, be modified to provide that defendant GUAN will file his motion on October 22, 2009, the government will file its opposition on October 29, 2009, and any reply brief will be filed on November 3, 2009. The hearing date on the motion will remain November 9, 2009, at 11:00 a.m.

DATED: October 23, 2009

_____
MARILYN HALL PATEL
United States District Court Judge