PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266

Attorney for Defendant
SHI GUANG GUAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-0238 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING AND SENTENCING |
| vs. | |
| PETER HE, et al., | |
| Defendants. | |

   Plaintiff UNITED STATES OF AMERICA, by and through its counsel in this matter, Assistant United States Attorney ("AUSA") Owen P. Martikan, and defendant SHI GUANG GUAN, by and through his counsel, Peter Goodman, hereby stipulate and agree as follows:

   1.   On December 9, 2009, defendant GUAN was found guilty of the three charges contained in the indictment and the matter was continued for sentencing to March 15, 2010, at 9:00 a.m.   United States Probation Officer ("USPO") Insa Bel'Ochi has been assigned to prepare the Presentence Report ("PSR").

   2.   USPO Bel'Ochi has informed the parties that she needs additional information relative to the amount of the loss attributable to defendant GUAN in order to prepare the PSR and formulate a recommendation as to an appropriate sentence in this case.   The parties have agreed to provide her with the information that she has

1  requested but share her belief that she will need additional time in order to review that
2  information before preparing the PSR.
3      3.  On February 17, 2010, defendant GUAN submitted a renewed motion
4  seeking dismissal of the indictment or alternatively for a new trial and noticed a date
5  for a hearing on the motion of March 8, 2010.  Counsel for defendant GUAN was
6  subsequently contacted by AUSA Martikan who stated he is unavailable to appear
7  before this Court on the noticed date for the hearing on the motion.   Defendant GUAN
8  is agreeable to continuing the hearing date.
9      4.  The parties agree and are requesting this Court to order that the date
10 for the hearing on defendant GUAN's motion to dismiss or for new trial be continued to
11 March 29, 2010, at 10:00 a.m.   The parties also agree and are requesting this Court
12 to order that the sentencing date in this matter be continued to April 12, 2010,  at 9:00
13 a.m.
14 SO STIPULATED
15 DATED:    February 23, 2010
16
17                                              /s/
   OWEN P. MARTIKAN
18                                         Assistant United States Attorney
19
20 DATED:    February 23, 2010
21
22                                              /s/
   PETER GOODMAN
23                                         Attorney for Defendant
   SHI GUANG GUAN
24 ///
25 ///
26 ///
27 ///
28 ///

1                  ORDER CONTINUING MOTION HEARING AND SENTENCING

2          GOOD CAUSE APPEARING from the stipulation of the parties, IT IS HEREBY

3 ORDERED that the hearing on defendant GUAN's renewed motion seeking dismissal

4 of the indictment or alternatively for a new trial be continued from March 8, 2010, at

5 10:00 a.m. to March 29, 2010, at 10:00 a.m.  IT IS FURTHER ORDERED that the

6 sentencing in this matter be continued from March 15, 2010, at 9:00 a.m. to April 12,

7 2010, at 9:00 a.m.

8 DATED: 2/24/2010

10             _____
11             MARILYN H. PATEL
             United States District Judge

