JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177944)
ROBERT DAVID REES (CABN 229441)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0238 MHP |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING UNTIL JUNE 7, 2010 |
| SHI GUANG GUAN, ) | |
|     Defendant. ) | |

STIP. AND [PROPOSED] ORDER RE: SENTENCING
CR 08-0238 MHP

1   This case was previously set for sentencing on Monday, April 12, 2010, at 9:00 am. In
2   order to provide the Probation Officer with the additional time that she requires to prepare the
3   Pre-Sentence Report, the parties stipulate and request that the Court continue the sentencing in
4   this case until Monday, June 7, 2010, at 9:00am.
5   SO STIPULATED:

6                                                                    JOSEPH P. RUSSONIELLO
                                                                     United States Attorney
7

8                                                                    /s/
    DATED: April 12, 2010                                            _____
9                                                                    OWEN P. MARTIKAN
                                                                     Assistant United States Attorney
10

11  DATED: April 12, 2010
                                                                     /s/
12                                                                   _____
                                                                     PETER GOODMAN, ESQ.
13                                                                   Attorney for Defendant Shi Guang Guan

14

15                                    **~~[PROPOSED]~~ ORDER**

16   Per the parties' stipulation and for good cause shown, the sentencing hearing in this case
17  is hereby continued until Monday, June 7, 2010, at 9:00am.
18  SO ORDERED.

19

20
    DATED:  4/13/2010
21                                                                   _____
                                                                     HON. MARILYN H. PATEL
22                                                                   United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*

STIP. AND [PROPOSED] ORDER RE: SENTENCING
CR 08-0238 MHP                                    2